UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendants. | C.A. No. 08-cv-01157-JR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of David L. Sobel as co-counsel for plaintiffs in the above-captioned action.

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　 /s/ David L. Sobel
　　　　　　　　　　　　　　　　　DAVID L. SOBEL (D.C. Bar No. 360418)
　　　　　　　　　　　　　　　　　Electronic Frontier Foundation
　　　　　　　　　　　　　　　　　1875 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　Suite 650
　　　　　　　　　　　　　　　　　Washington, DC 20009
　　　　　　　　　　　　　　　　　(202) 797-9009