UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

No. 08-cv-1157 (JR)

# MOTION FOR ADMISSION, *PRO HAC VICE,* OF
# CATHERINE CRUMP AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Catherine Crump, an attorney with the National Legal Department of the American Civil Liberties Union in New York, as additional counsel for plaintiffs in this case. Ms. Crump is a member in good standing of the California bar.

Her declaration is filed herewith, as required by Local Civil Rule 83.2(d).

Wherefore the motion should be granted.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

Counsel for Plaintiffs

July 7, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>    JUSTICE<br><br>    Defendant. | No. 08-cv-1157-JR |

**DECLARATION OF CATHERINE CRUMP**

Pursuant to Local Rule 83.2(d), I, Catherine Crump, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.   My full name is Catherine Newby Crump.

2.   I am an Attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th floor, New York, NY 10004. My office telephone number is 212-519-7806.

3.   I was admitted by examination to the State Bar of California in July of 2005 and remain a member in good standing.

4.   I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.   I have not been admitted *pro hac vice* in this Court within the last two years.

6.   I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 7th day of July, 2008.

_____
CATHERINE CRUMP