**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 08-1157 (JR) |
| DEPARTMENT OF JUSTICE, | : |
| Defendant. | : |

### ORDER

Upon consideration of plaintiffs' motion for the *pro hac vice* appearance of Catherine Crump, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

JAMES ROBERTSON
United States District Judge