UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 08-cv-1157 (JR) |

**DECLARATION OF SERVICE OF PROCESS**

I, Arthur B. Spitzer, hereby depose and state:

1. I am over 18 years of age and am not a party to the above captioned action.

2. I served the defendant United States Department of Justice with a copy of the summons and complaint in the above-captioned action by mailing a copy to it by certified mail (No. 7007 2560 00022 3542 5183) at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, on July 3, 2008.  The Postal Service return receipt, attached hereto, shows that it was received on July 8, 2008.

3. I served the Attorney General of the United States with a copy of the summons and complaint in the above-captioned action by mailing a copy to him by certified mail (No. 7003 1010 0003 8451 8658) at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, on July 3, 2008.  The Postal Service return receipt, attached hereto, shows that it was received on July 7, 2008.

6. I served the United States Attorney for the District of Columbia with a copy of the summons and complaint in the above-captioned action by mailing a copy to him by

certified mail (No. 7007 2560 0002 3542 5190) at 555 4th Street, N.W., Washington, D.C. 20001, on July 3, 2008.  The Postal Service return receipt, attached hereto, shows that it was received on July 8, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July, 2008.

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

Counsel for Plaintiffs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  JUL 0 8 2008  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 08-1157 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  JUL 07 2008  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Hon. Michael Mukasey<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0003 8451 8658   08-1157 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Hon. Jeffrey A. Taylor<br>U.S. Attorney for the District of Columbia<br>555 Fourth Street, NW<br>Washington, DC 20001 | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0002 3542 5190   08-1157 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540