UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | No. 1:08-cv-01157-JR<br><br>NOTICE OF APPEARANCE ON<br>BEHALF OF DEFENDANT |

Please take notice of the appearance of

| | |
|---|---|
| David M. Glass, DC Bar 544549<br>Attorney, Department of Justice<br>20 Mass. Ave., N.W., Rm. 7200<br>Washington, D.C. 20530<br>Tel: (202) 514-4469<br>Fax: (202) 616-8470<br>E-mail: david.glass@usdoj.gov | Elizabeth J. Shapiro, DC Bar 418925<br>Attorney, Department of Justice<br>20 Mass. Ave., N.W., Rm. 7152<br>Washington, D.C. 20530<br>Tel: (202) 514-5302<br>Fax: (202) 616-8470<br>E-mail: elizabeth.shapiro@usdoj.gov |

as counsel for defendant, the Department of Justice.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney

s/ *David M. Glass*
ELIZABETH J. SHAPIRO, D.C. Bar 418925
DAVID M. GLASS, DC Bar 544549
Attorney, Dep't of Justice, Civil Division
20 Mass. Ave., N.W., Room 7200
Washington, D.C. 20530
Tel: (202) 514-4469/Fax: (202) 616-8470
E-mail: david.glass@usdoj.gov

Dated: August 7, 2008                Attorneys for Defendant