**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 08-1157 (JR) |
| DEPARTMENT OF JUSTICE, | : : : |
| Defendant. | : |

**ORDER**

Before the Court in this FOIA case are a complaint and an answer. The requirements of LCvR 16.3 and Rule 26(f) of the Federal Rules of Civil Procedure appear to be inapplicable. Defendant may have 30 days from the date of this order within which to file a dispositive motion or, in the alternative, to file a report setting forth the schedule according to which it will complete its production of documents to plaintiff. It is so **ordered**.

JAMES ROBERTSON
United States District Judge