UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:08-cv-01157 (ABJ) |

UNITED STATES DEPARTMENT OF JUSTICE'S
SECOND MOTION FOR SUMMARY JUDGMENT

The United States Department of Justice hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure 56. The grounds for this motion are set forth in the accompanying Memorandum, Second Statement of Material Facts Not in Dispute, and Declaration of John F. Boseker. A proposed order is also attached.

Dated: April 27, 2012

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Jonathan G. Cooper*
JONATHAN G. COOPER (D.C. Bar. #999764)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(P) 202-305-7697 | (F) 202-616-8470
jonathan.g.cooper@usdoj.gov

*Attorneys for Defendant*

**Certificate of Service**

    I hereby certify that on April 27, 2012, I electronically filed a copy of the foregoing Motion and the accompanying Memorandum, Statement of Material Facts, Declaration, and Proposed Order. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Jonathan G. Cooper*
                                          JONATHAN G. COOPER