# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 13-5064**  **September Term, 2013**
FILED ON: MAY 9, 2014

AMERICAN CIVIL LIBERTIES UNION AND AMERICAN CIVIL LIBERTIES UNION FOUNDATION,
APPELLANTS

v.

UNITED STATES DEPARTMENT OF JUSTICE,
APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:08-cv-01157)

**MANDATE**
Pursuant to the provisions of Fed. R. App. P. 41(a)
ISSUED: 8/19/2014
BY: [signature], Deputy Clerk
ATTACHED: Amending Order
Opinion
Order on Costs

Before: TATEL, BROWN and KAVANAUGH, *Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:  /s/
Jennifer M. Clark
Deputy Clerk

Date: May 9, 2014

Opinion for the court filed by Circuit Judge Tatel.
Concurring opinion filed by Circuit Judge Tatel.
Dissenting opinion filed by Circuit Judge Brown.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature], Deputy Clerk