**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

AMERICAN CIVIL LIBERTIES UNION,
*et al.*,

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
JUSTICE,

        Defendant.

No. 08-cv-1157 (ABJ)

---

### MOTION FOR AN ORDER EXTENDING THE DEADLINE FOR PROCEEDINGS REGARDING ATTORNEYS' FEES AND COSTS

Pursuant to Fed. R. Civ. P. 54 and Local Civil Rule 54.2, plaintiffs hereby move for the entry of an order extending the deadline for proceedings regarding the possible award of attorneys' fees and costs to the plaintiffs in this action.[1]

<u>Points and Authorities</u>

Fed. R. Civ. P. 54(d)(2)(B) provides that a motion for an award of attorneys' fees must ordinarily be made within 14 days of the entry of judgment.  However, the Federal Rules and the rules of this Court recognize that the Court may issue an order "exten[ding the] time for filing a motion under Rule 54(d)(2)(B)."  LCvR. 54.2(a); *see also* Fed. R. Civ. P. 54(d)(2)(B) (setting 14-day deadline "unless . . . a court order provides otherwise").  The local rules authorize the Court to issue such an extension to allow "the parties to confer and to attempt to reach an agreement on fee issues."  LCvR. 54.2(a).

---

[1] Counsel for plaintiffs has attempted to ascertain the government's position on the relief sought in this motion, but this case has apparently just been assigned to a new lawyer at the Department of Justice who was out of town until today and who has not responded to voicemail or email messages as of 7 p.m.

Plaintiffs anticipate applying for an award of attorneys' fees in this action covering the portions of the litigation in which they "substantially prevailed."  5 U.S.C. § 552(a)(4)(E).  In order to facilitate settlement negotiations and avoid unnecessary litigation over attorneys' fees, plaintiffs seek a 60-day extension of the deadline for claiming fees and the scheduling of a status conference within that time, as required by LCvR. 54.2(a).

Wherefore, the motion should be granted.  The text of a proposed order is filed herewith.

Respectfully submitted,

*/s/ Arthur B. Spitzer*

_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
4301 Connecticut Ave, N.W., Suite 434
Washington, DC 20008
Tel. (202) 457-0800
Fax (202) 457-0805
artspitzer@aclu-nca.org

Attorney for Plaintiffs

September 2, 2014