UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>          Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>          Defendant. | No. 08-cv-1157 (ABJ) |

**[Proposed]**
**ORDER**

Upon consideration of plaintiffs' Motion for an Order Extending the Deadline for Proceedings Regarding Attorneys' Fees and Costs, defendants' response thereto, and the entire record herein;

It is, pursuant to Fed. R. Civ. P. 54 and Local Rule 54.2, hereby

ORDERED, that the motion is granted, the parties are directed to confer and attempt to reach agreement on attorneys' fee issues, and the deadline for filing a motion relating to an award of attorneys' fees and costs is extended by 60 days, until November 1, 2014; and it is further

ORDERED that the parties shall file a status report on or before October 24, 2014.


Dated: September ___, 2014          _____
                                                      Amy Berman Jackson
                                                      United States District Judge