IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                    Defendant. | No. 08-cv-1157 (ABJ) |

**CONSENT MOTION FOR A FURTHER EXTENSION OF TIME
REGARDING ATTORNEYS' FEES AND COSTS**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and 54(d)(2)(B) and Local Civil Rule 54.2(a), plaintiffs hereby move for an additional 30-day extension of the deadline for filing a motion for attorneys' fees and costs in this action. Defendant Department of Justice consents to the relief sought in this motion.

**Points and Authorities**

The only matter still requiring resolution in this case is plaintiffs' entitlement to attorneys' fees as parties that "substantially prevailed" in Freedom of Information Act litigation. *See* 5 U.S.C. § 552(a)(4)(E). On September 2, 2014, plaintiffs moved, pursuant to Local Civil Rule 54.2(a), for an extension of the deadline to file a motion for fees. ECF No. 71. The Court granted that motion by Minute Order of September 3, 2014, extending the deadline to November 3, 2014.

Subsequently, plaintiffs made a settlement offer to the government and provided counsel for the government with documentation substantiating their claimed attorney hours. The parties have conferred by telephone and email, and counsel for the government has

informed plaintiffs' counsel that the government is preparing a counter-offer, but that it needs additional time to respond. The parties therefore require additional time "to confer and to attempt to reach an agreement on fee issues." LCvR. 54.2(a). In order to facilitate ongoing settlement negotiations and avoid unnecessary litigation over attorneys' fees, plaintiffs seek a further 30-day extension of the deadline for filing a motion.

Wherefore, the motion should be granted. A proposed order is filed herewith.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the Nation's Capital
4301 Connecticut Ave, N.W., Suite 434
Washington, DC 20008
Tel. 202-457-0800
Fax (202) 457-0805
artspitzer@aclu-nca.org

Attorney for Plaintiffs

October 30, 2014