UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br>          Plaintiffs, <br><br>    v. <br><br>DEPARTMENT OF JUSTICE, <br><br>          Defendant. | No. 1:08-cv-01157-ABJ <br><br> STIPULATION OF DISMISSAL |

It is hereby stipulated and agreed by and between the undersigned pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be, and it hereby is, dismissed with prejudice.


Dated: February 27, 2015

s/ *Arthur B. Spitzer* (by email authorization)
ARTHUR B. SPITZER, DC Bar 235960
Am. Civ. Lib. Union of the Nation's Capital
4301 Connecticut Ave., N.W., Suite 434
Washington, D.C. 20008
Tel: (202) 457-0800/Fax: (202) 457-0805
Email: artspitzer@aclu-nca.org
Attorneys for Plaintiffs


Dated: February 27, 2015

BENJAMIN C. MIZER
Acting Assistant Attorney General
JOHN R. TYLER
Ass't Br. Dir., Dep't of Justice, Civ. Div.

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Sr. Trial Couns., Dep't of Justice, Civ. Div.
20 Massachusetts Ave., N.W., Room 7200
Washington, D.C. 20530-0001
Tel: (202) 514-4469/Fax: (202) 616-8470
Email: david.glass@usdoj.gov
Attorneys for Defendant